UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LARRY J. FITCH | CIVIL ACTION NO. 18-0909 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| KEVIN W. COBB, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, after a review of the entire record in this matter, finding that the Report and Recommendation is supported by the law and the record, and for those additional reasons stated in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Larry J. Fitch's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's Motions to Appoint Counsel, [Doc. Nos. 2, 6], are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 14th day of September, 2018.

                                            TERRY A. DOUGHTY
                                 UNITED STATES DISTRICT JUDGE