# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| LARRY J. FITCH | CIVIL ACTION NO. 18-0909 |
| | SECTION P |
| VS. | JUDGE TERRY A. DOUGHTY |
| KEVIN W. COBB, ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

This is a civil rights action brought by Plaintiff Larry J. Fitch against Defendants Sheriff Kevin W. Cobb, Jerry Rollins, Danna Lee, and Warden Chad Lee as a result of his involvement in a car accident while in custody. On initial review, the Magistrate Judge directed Plaintiff to amend his Complaint to cure the deficiencies therein. On September 11, 2018, Plaintiff filed a Motion for Leave to File an Amended Complaint [Doc. No. 20], which the Court granted this date by separate Order [Doc. Nos. 22, 23].

The Magistrate Judge issued a Report and Recommendation on August 29, 2018, [Doc. No. 19], recommending that Plaintiff's claims be dismissed with prejudice as frivolous and for failing to state claims on which relief can be granted. The Magistrate Judge also recommended that Plaintiff's Motions to Appoint Counsel [Doc. Nos. 2, 6] be denied as moot.

The Court has reviewed the entire record in this matter, including Plaintiff's Amended Complaint [Doc. No. 23]. The Court finds that the Magistrate Judge correctly stated and applied the law. Plaintiff's Amended Complaint does not cure the deficiencies addressed by the Magistrate Judge. Therefore, the Court **ADOPTS** the Report and Recommendation and dismisses his Complaint, as amended, with prejudice. The Court also denies his motions to appoint counsel as moot.

MONROE, LOUISIANA, this 14th day of September, 2018.

                                                      **TERRY A. DOUGHTY**
                                                     **UNITED STATES DISTRICT JUDGE**